Chad Dustin Morgan
P.O. Box 1989 PMB 342
Big Bear Lake, CA 92315

November 2, 2022

Via UPS, Tracking No. 1Z3354450330380837

United States District Court
Southern District of California
Attn: Clerk
333 West Broadway, Ste. 420
San Diego, CA 92101

      **Re:**    **Notification of Change of Status**
                **Chad Morgan, California State Bar No. 291282**

Dear Clerk:

    Pursuant to Local Rule 83-3(d), this letter is notice that I have been suspended from practice by the California State Bar for 30 days, starting October 29, 2022. A copy of the relevant order is enclosed. I have no matters pending before this Court.

    If you have any questions or concerns, please contact me at chad@chadmorgan.com or 951-667-1927.

                                                  Best Regards,

                                                  Chad D. Morgan

Supreme Court of California
Jorge E. Navarrete, Clerk and Executive Officer of the Court Electronically
FILED on 9/29/2022 by Anita Elmer, Deputy Clerk

(State Bar Court No. SBC-21-O-31018)

S275733

# IN THE SUPREME COURT OF CALIFORNIA

### En Banc

In re CHAD D. MORGAN on Discipline

The court orders that Chad D. Morgan (Respondent), State Bar Number 291282, is suspended from the practice of law in California for one year, execution of that period of suspension is stayed, and Respondent is placed on probation for one year subject to the following conditions:

1. Respondent is suspended from the practice of law for the first 30 days of probation;

2. Respondent must comply with the other conditions of probation recommended by the Hearing Department of the State Bar Court in its Order Approving Stipulation filed on June 3, 2022; and

3. At the expiration of the period of probation, if Respondent has complied with all conditions of probation, the period of stayed suspension will be satisfied and that suspension will be terminated.

Respondent must provide to the State Bar's Office of Probation proof of taking and passing the Multistate Professional Responsibility Examination as recommended by the Hearing Department in its Order Approving Stipulation filed on June 3, 2022. Failure to do so may result in suspension. (Cal. Rules of Court, rule 9.10(b).)

Respondent must pay monetary sanctions to the State Bar of California Client Security Fund in the amount of $1,875 in accordance with Business and Professions Code section 6086.13 and rule 5.137 of the Rules of Procedure of the State Bar. Monetary sanctions are enforceable as a money judgment and may be collected by the State Bar through any means permitted by law.

Costs are awarded to the State Bar in accordance with Business and Professions Code section 6086.10 and are enforceable both as provided in Business and Professions Code section 6140.7 and as a money judgment, and may be collected by the State Bar through any means permitted by law.

**CANTIL-SAKAUYE**

*Chief Justice*

I, Jorge Navarrete, Clerk of the Supreme Court of the State of California, do hereby certify that the preceding is a true copy of an order of this Court as shown by the records of my office.
Witness my hand and the seal of the Court this _____ day of SEP 29 2022 , 20___

By: _____ Deputy